# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 2:09CR00003-1 |
| v. | ) | **OPINION** |
| | ) | |
| **AMELIA TURNER,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

*Amelia Turner, Pro Se Defendant.*

On October 28, 2009, I sentenced defendant Amelia Turner to 195 months' imprisonment (ECF No. 63), and on April 29, 2013, I dismissed Turner's Amended Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. *United States v. Turner*, No. 2:09CR00003-1, 2013 WL 1796013, at *1 (W.D. Va. Apr. 29, 2013) (unpublished). More than two years later, Turner has filed a motion challenging the judgment that I construe as another Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 91). Because Turner does not establish that the United States Court of Appeals for the Fourth Circuit has authorized her to file a successive § 2255 motion, the construed § 2255 motion must be dismissed without prejudice as successive pursuant to 28 U.S.C. § 2255(h).

DATED: December 21, 2015

/s/ James P. Jones
United States District Judge