CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

OCT 18 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:09CR00003 |
| v. | **OPINION AND ORDER** |
| AMELIA TURNER, | By: James P. Jones |
| Defendant. | United States District Judge |

*Amelia Turner, Pro Se Defendant.*

Defendant Amelia Turner, a federal inmate proceeding pro se, has filed a document entitled "Motion Requesting Circuit Review of Order and Opinion." The motion will be denied.

Turner pleaded guilty before this court, pursuant to a written Plea Agreement, to conspiracy to possess with intent to distribute oxycodone and using or carrying a firearm during and in relation to, and possessing a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c). I sentenced Turner to 135 months on the drug offense and 60 months on the firearm offense, to run consecutive to the drug sentence. Judgment was entered on October 28, 2009. Turner did not appeal.

In 2013 Turner submitted a pro se motion which the court construed, with her consent, as a motion to vacate her sentence under 28 U.S.C. § 2255. I found that her motion was untimely and it was dismissed. Order, Apr. 29, 2013, ECF No. 86.

On July 23, 2019, the court denied a pro se motion filed by the defendant entitled, "Motion Requesting Time Served Pursuant to 18 U.S.C. § 3582(c)(1)(A)." No appeal was timely filed. I assume that the defendant is referring to that action of this court in her present motion.

This court does not have the power to refer its prior ruling for review to the court of appeals. The time for appeal of that ruling has long since passed.

For these reasons, it is **ORDERED** that the defendant's motion, is DENIED.

ENTER: October 18, 2019

/s/ James P. Jones
United States District Judge